# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CROWLEY MARINE SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VIGOR MARINE LLC, <br><br> Defendant. | IN ADMIRALTY <br><br> Case No. 2:12-cv-2240 <br><br> **COMPLAINT** |

Plaintiff Crowley Marine Services, Inc. ("CMS") alleges as follows against Defendant Vigor Marine LLC ("Vigor Marine"):

1. This Court has subject matter jurisdiction over this admiralty action for breach of a ship repair contract and tort under 28 U.S.C. § 1333(1).

2. The claims presented against Vigor Marine in this action are admiralty or maritime claims within the meaning of Fed. R. Civ. P. 9(h).

3. CMS is a Delaware corporation that has its principal place of business in Jacksonville, Florida.

4. Vigor Marine is an Oregon limited liability company having its principal place of business in Portland, Oregon.

5. At all material times, CMS was the owner and operator of the ocean going tug INVADER.

Case No.: 2:12-cv-2240
COMPLAINT - 1

6. At all material times, Vigor Marine was engaged in the ship repair business at various locations.

7. In January of 2012, CMS solicited a quote from Vigor Marine for drydocking and repairs to the tug INVADER on the basis of written specifications.

8. In February of 2012, Vigor Marine submitted its quote for drydocking and repairs of the tug INVADER to be performed at one of its yards based on the specifications CMS had provided to it.

9. In February of 2012, CMS accepted Vigor Marine's quote for the drydocking and repairs to the tug INVADER.

10. In early March of 2012, the tug INVADER arrived at the yard designated by Vigor Marine and then entered a drydock for purposes of having Vigor Marine perform drydocking and repairs.

11. On March 18, 2012, the floating drydock being used by Vigor Marine for the repairs collapsed and sunk by its starboard wing wall while the tug INVADER was in drydock.

12. The sinking of the drydock caused the tug INVADER to break loose from the drydock blocks and fall to starboard, flood, and partially submerge on its starboard side, all of which cause extensive damage to and/or loss of the INVADER, its appurtenances, and personal property aboard the tug at the time of the incident as well as extensive economic loss to CMS.

13. Vigor Marine materially breached the ship repair contract between CMS and Vigor Marine.

14. Vigor Marine breached its implied warranty of workmanlike performance in the course of its attempted performance of the ship repair contract between CMS and Vigor Marine.

15. Vigor Marine was negligent and breached the duty of due care it owed to CMS in the course of its attempted performance of the ship repair contract between CMS and Vigor Marine.

Case No.: 2:12-cv-2240
COMPLAINT - 2

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790

16. Vigor Marine is liable to CMS for all damages, costs, and expenses caused by Vigor Marine's breach of contract, its breach of the warranty of workmanlike performance, and its negligence.

17. Vigor Marine is obligated to indemnify, save harmless, and defend CMS as to all damages, costs and expenses incurred, and any sort of claim asserted against CMS as well as any liability it may have to any third party as a result of Vigor Marine's conduct, including without limitation any liability with respect to any oil or other pollutants that entered the water due to the sinking of the drydock and submersion of the tug INVADER.

## PRAYER FOR RELIEF

WHEREFORE, CMS respectfully requests the following relief:

A. Judgment against Vigor Marine for all damages caused by its conduct as alleged above plus prejudgment interest, court costs, and attorney's fees;

B. Declaratory judgment to the effect that Vigor Marine is obligated to indemnify, save harmless, and defend CMS as alleged above; and

C. Other relief this Court deems just and proper.

DATED this 21st day of December, 2012.

s/ Robert J. Bocko
s/ Molly J. Henry
Robert J. Bocko, WSBA No. 15724
Molly J. Henry, WSBA No. 40818
ATTORNEYS FOR PLAINTIFF
CROWLEY MARINE SERVICES, INC.
Keesal, Young & Logan
1301 Fifth Avenue, Suite 1515
Seattle, Washington 98101
Telephone: (206) 622-3790
Facsimile: (206) 343-9529
E mail:  robert.bocko@kyl.com
         molly.henry@kyl.com

KYL_SE80222

Case No.: 2:12-cv-2240
COMPLAINT - 3

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790